UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOLLANDE LAMOUR,

               Plaintiff,

-against-

MARINO FERREIRAS GUZMAN,

               Defendants.

**ORDER**

25-CV-06861 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiff initiated this action by filing a complaint on August 19, 2025. (Doc. 1). October 9, 2025, Plaintiff filed affidavits of service, indicating service of the summons and complaint was effectuated on Defendant on September 29 and 30, 2025 (Docs. 6, 7). There has been no activity on the docket since the filing of the affidavits of service.

    By December 12, 2025, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why they should not pursue default judgment against Defendant.

    Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
       November 10, 2025

                                              Philip M. Halpern
                                              United States District Judge