UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOLLANDE LAMOUR,

Plaintiff,

-against-

MARINO FERREIRAS GUZMAN,

Defendants.

**ORDER**

25-CV-6861 (PMH)

PHILIP M. HALPERN, United States District Judge:

Discovery in this matter ended on September 11, 2026. (Doc. 20). The time to move for summary judgment expired, pursuant to Fed. R. Civ. P. 56(b), on October 13, 2026.[1] Although the time to file a joint pretrial order pursuant to the Court's Individual Practices Rule 6(A) passed on October 13, 2026, the Court *sua sponte* extends that deadline *nunc pro tunc* to November 16, 2026 and directs that all of the materials required under Rules 6(A) and 6(B) shall be submitted by November 16, 2026.

The case management conference scheduled for October 22, 2026 is adjourned *sine die*.

Dated: White Plains, New York
October 19, 2026

Philip M. Halpern
United States District Judge

[1] Because the 30-day deadline expired on a Sunday and the next day was a federal holiday, the deadline did not expire until the following business day, Tuesday October 13, 2026.